NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1349**

STATE OF LOUISIANA

VERSUS

SCOTT C. COOLEY

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR67-2003
HONORABLE HERMAN I. STEWART, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**OSWALD A. DECUIR
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Oswald A. Decuir, and Billy Howard Ezell, Judges.

**Woodard, J., dissents and assigns written reasons.**

**AFFIRMED.**

**Richard A. Morton
Assistant District Attorney
36th Judicial District Court
P. O. Box 99
DeRidder, LA 70634
(337) 463-5578
Counsel for Plaintiff/Appellee:
    State of Louisiana**

**G. Paul Marx
Louisiana Appellate Project
P. O. Box 82389
Lafayette, LA 70598
(337) 237-2537
Counsel for Defendant/Appellant:
    Scott C. Cooley**

**Scott C. Cooley**
**Beauregard Parish Jail**
**412 Mayeaux Drive**
**DeRidder, LA 70634**